IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL Z. MALDONADO #432966,

                                 ORDER

              Petitioner,

                             08-cv-279-slc

      v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, DIVISION OF
COMMUNITY CORRECTIONS and
CHRISTOPHER S. NOLET, Probation Agent,

              Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner Daniel Maldonado, a prisoner at the Stanley Correctional Institution in

Stanley, Wisconsin, has submitted a proposed complaint.  Because the complaint is not

accompanied by the $350 fee for filing this case, I construe petitioner's complaint to include a

request for leave to proceed *in forma pauperis*.  A decision on the request will be delayed until

petitioner pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. §

1915(b) and the 1996 Prison Litigation Reform Act.

Petitioner's complaint was submitted on May 8, 2008.  His trust fund account statement

should cover the six-month period beginning approximately November 8, 2007 and ending

approximately May 8, 2008.  Once petitioner has submitted the necessary statement, I will

1

Dockets.Justia.com

calculate his initial partial payment and advise him of the amount he will have to pay before the

court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that petitioner may have until June 5, 2008, in which to submit a trust

fund account statement for the period beginning approximately November 8, 2007 and ending

approximately May 8, 2008.  If, by June 5, 2008, petitioner fails to respond to this order, I will

assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court

is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 15th day of May, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2