# UNITED STATES DISTRICT COURT

### Western District of Wisconsin

DANIEL Z. MALDONADO #432966 ,

    Petitioner,

v.

CHRISTOPHER S. NOLET, Probation Officer at the Division of Community Corrections,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-279-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

**This case is dismissed against respondent.**

JOEL TURNER

**Joel Turner, Acting Clerk**

/s/ M. Hardin
**by Deputy Clerk**

_____9/22/08_____
**Date**