# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DANIEL Z. MALDONADO #432966 ,

    Petitioner,

v.

CHRISTOPHER S. NOLET, Probation Officer at the Division of Community Corrections,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-279-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin                                                                  _____9/22/08_____
**by Deputy Clerk**                                                                              **Date**