# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| DANIEL Z. MALDONADO #432966 , | **AMENDED** |
| Petitioner, | **JUDGMENT IN A CIVIL CASE** |
| v. | Case No.: 08-cv-279-bbc |
| CHRISTOPHER S. NOLET, Probation Officer at the Division of Community Corrections, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent without prejudice.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin                                                     _____10/23/08_____
**by Deputy Clerk**                                               **Date**